

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2023

No. 04-22-00645-CR

Hayward Charlie **THOMAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CR-7439
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **March 13, 2023**. Further requests for extension of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2023.

_____
Michael A. Cruz,
Clerk of Court